

# CHRIS DANIEL

**HARRIS COUNTY DISTRICT CLERK**

01-15-00132-CR

February 9, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 11:04:56 AM
CHRISTOPHER A. PRINE
Clerk

RANDALL J. AYERS
ATTORNEY OF RECORD
P.O. BOX 1569
HOUSTON, TX 77251-1569

Defendant's Name: RICHARD CHARLES OWINGS, JR.

Cause No: 1454997

Court: 262ND DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 2/4/15
**Sentence Imposed Date:** 2/4/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** RANDALL J. AYERS

Sincerely,

L. CHARLES
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

MATTIE KIMBLE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. _J45-4997_

## THE STATE OF TEXAS

### V.

_Richard Owings_ , A/K/A/ _____

_262_ District Court / County Criminal Court at Law No. _____

### Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On _2-4.15_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

- ☐ MOVES to withdraw.
- ☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

_2-4.15_

**Date**

**Defendant (Printed name)**

**F I L E D**
Chris Daniel
District Clerk

**FEB 0 4 2015**

Time:_____
Harris County, Texas

By_____
Deputy

**Attorney (Signature)**

_Kurt Wentz_
**Attorney (Printed name)**

_21179300_
**State Bar Number**

_5629 7m 1960_
**Address**

_281. 587 0088_
**Telephone Number**

**The defendant (check all that apply):**

- ☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.
- ☐ ASKS the Court to ORDER that a free record be provided to him.
- ☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

**Defendant (Signature)**

**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ FEB 4 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___**FEB 4 2015**___ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☐ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: ___**FEB - 4 2015**___

_____
JUDGE PRESIDING,
262 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. *140/235*
*146/240*
*145-299*

**THE STATE OF TEXAS**

**IN THE *160* DISTRICT COURT**

v.

**COUNTY CRIMINAL COURT AT LAW NO. ____**

*Richard Owing*, Defendant

**HARRIS COUNTY, TEXAS**

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [x] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____        JAN 3 0 2015
Judge                                                   _____
                                                                 Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____        *Kurt Wentz*
Defendant                                              _____
                                                                 Defendant's Counsel

                                                                 *21179300*
Mailing Address: *N/A*                         State Bar of Texas ID number: _____

Telephone number: *N/A*                      Mailing Address: *5621 7m 1960*

Fax number (if any): *N/A*                     Telephone number: *281·582·0088*

                                                                 Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1454997

OFFENSE: Agg Sex Aslt ch.

THE STATE OF TEXAS

262 DISTRICT COURT

VS.

OF

Richard Charles Owings, gr.

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Richard C. Owings, Jr. , defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

- ☒ Appoint appellate counsel to represent him.
- ☒ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 5 day of February A.D., 20 15 .

FILED
Chris Daniel
District Clerk

FEB 05 2015

Time:_____
Harris County, Texas

By_____
Deputy

_____
DEPUTY DISTRICT CLERK
262 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On February 5, 2015 the court conducted a hearing and found that the defendant is indigent.

- ☑ The court orders that RANDALL J. AYERS is appointed to represent defendant/appellant on appeal.
- ☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: Mattie Kimble , by certified mail return receipt requested.

_____
JUDGE PRESIDING
262 DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, RANDALL J. AYERS , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

01465950
BAR/SPN NUMBER

P.O. BOX 1569
ADDRESS

Houston, TX 77251-1569
CITY          STATE          ZIP

281-493-6333
PHONE

281-493-9609
FAX NUMBER

RJAYERSLAW@COMCAST.NET
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON 2-5-15 .

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# APPEAL CARD

4-5-15

**Court** 262

**Cause No.** 1454997

## The State of Texas

### Vs

Richard Quijines

2-4-15

**Date Notice Of Appeal:** 2-4-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** J. Mueller

**Court Reporter** M Kimble

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** K Wentz

**Attorney on Appeal** Lee Dey

**Appointed** ✓ **Hired** _____

**Offense** agg sex asslt

**Jury Trial:** Yes ✓ No _____

**Punishment Assessed** 30 yr TDC

**Companion Cases (If Known)** —

**Amount of Appeal Bond** No bond

**Appellant Confined:** Yes ✓ No _____

**Date Submitted To Appeal Section** 2-4-15

**Deputy Clerk** _____

Notice of Appeal Card Rev. 9/84